IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN E. WRENN                                                                                   PETITIONER

v.                                                                                   No. 3:20CV094-SA-DAS

SCOTT MIDDLEBROOKS                                                                        RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the court.
2. That the petition is DISMISSED with prejudice.

SO ORDERED, this, the 10th day of January, 2022.

/s/ Sharion Aycock
U.S. DISTRICT JUDGE