IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN E. WRENN                                                                PETITIONER

v.                                                                  No. 3:20CV094-SA-DAS

SCOTT MIDDLEBROOKS                                        RESPONDENT

FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation entered this day, John E. Wrenn's complaint pursuant to 42 U.S.C. §1983 [1] is DISMISSED. A Certificate of Appealability is DENIED.

SO ORDERED, this the 10th day of January, 2022.

                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE